

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-19-00638-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**JASMINE ENGINEERING, INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file the brief is GRANTED. It is ORDERED that appellant file its brief no later than October 31, 2019. No further extensions will be granted absent a showing of extenuating circumstances.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2019.

*Luz Estrada*
LUZ ESTRADA,
Chief Deputy Clerk